Case 3:23-cv-00057-DCG   Document 3   Filed 05/09/23   Page 1 of 2

FILED
May 09, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Laura Loera____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ,**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**PROFITOPIA, LLC** an Arizona Limited Liability Company and **KEVIN A. MARSHALL**,<br><br>　　　　　　**Defendants.** | EP-23-CV-0057-DG |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT AND ALL PARTIES:**

With Defendants Profitopia, LLC and Kevin A. Marshall not having answered nor filed a motion not to dismiss or for summary judgment, Plaintiff Erik Salaiz, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this action with prejudice, with each party to bear its own costs, attorneys' fees, and other fees. *See, e.g.*, *Bailey v. Shell Western E&P, Inc.*, 609 F.3d 710, 719 (5th Cir. 2010) (holding the plaintiff has an "absolute right" to a Rule 41(a)(1) dismissal, which right "may not be extinguished or circumscribed by adversary or court") (internal quotation marks and citations omitted).

Dated: May 9, 2023    　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/*

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Erik Salaiz (*Pro Se*)
　　　　　　　　　　　　　　　　　　　319 Valley Fair Way
　　　　　　　　　　　　　　　　　　　El Paso, TX 79907
　　　　　　　　　　　　　　　　　　　915-929-1527
　　　　　　　　　　　　　　　　　　　e-Mail: salaiz.ep@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ,** § § § **Plaintiff,** § § **v.** § § **PROFITOPIA, LLC** an Arizona Limited Liability Company and **KEVIN A. MARSHALL**, § § § **Defendants.** § § | **EP-23-CV-0057-DG** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2023, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

Dated:  May 9, 2023                                    Respectfully submitted,

_____
Erik Salaiz (*Pro Se*)
319 Valley Fair Way
El Paso, TX 79907
915-929-1527
e-Mail: salaiz.ep@gmail.com