**RECEIVED**
May 09, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____Laura Loera_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **ERIK SALAIZ,** | § |
| **Plaintiff,** | § |
| v. | § |
| **PROFITOPIA, LLC** an Arizona Limited Liability Company and **KEVIN A. MARSHALL**, | §  **EP-23-CV-0057-DG** |
| **Defendants.** | § |

### [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE

Upon consideration of Plaintiff's Motion for Voluntary Dismissal, the Court has determined that the Motion should be, and hereby is, **GRANTED** and this action be **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Hon. David Guaderrama
U.S. District Judge