UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ERIK SALAIZ,** | § | |
| | § | |
| *Plaintiff*, | § | |
| **v.** | § | |
| | § | |
| **PROFITOPIA, LLC**, *an Arizona Limited Liability Company*, **and KEVIN MARSHALL,** | § | EP-23-CV-00057-DCG |
| | § | |
| *Defendants.* | § | |

## ORDER DISMISSING CASE

Plaintiff Erik Salaiz has filed a Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice, ECF No. 3. Accordingly, the Court **DISMISSES** all claims asserted by Plaintiff Erik Salaiz in this action against Defendants Profitopia, LLC and Kevin Marshall **WITH PREJUDICE**. Each party shall bear their own costs, attorneys' fees, and other fees.

The Court **CLOSES** this case.

**So ORDERED and SIGNED this 10th day of May 2023.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**